# United States District Court

SOUTHERN _____ DISTRICT OF __ NEW YORK __

JASON COLODNE

SUMMONS IN A CIVIL ACTION

V.

CASE NUMBER:

PATRIARCH PARTNERS, LLC

**08 CV 2370**

**JUDGE DANIELS**

TO: (Name and Address of Defendant)
PATRIARCH PARTNERS, LLC
40 WALL STREET, 25th FLOOR
NEW YORK, NEW YORK 10005

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

KRAUS & ZUCHLEWSKI LLP
500 FIFTH AVENUE, SUITE 5100
NEW YORK, NEW YORK 10110-5197
ATTENTION: ROBERT D. KRAUS, ESQ.

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

J. MICHAEL McMAHON

CLERK

BY DEPUTY CLERK

MAR 0 7 2008

DATE

AO 440 (Rev.1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
  Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify): _____
_____
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                Date                    Signature of Server

_____
Address of Server

Rec'd 3/7/08    [signature]

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

*Kraus & Zuchlewski* LLP

March 7, 2008

**VIA E-MAIL and BY HAND**

Hillary Richard, Esq.
Brune & Richard LLP
80 Broad Street
New York, New York 10004

           Re:   *Colodne v. Patriarch Partners LLC*
                  08 CV 2370 (GBD) (GWG)

Dear Hillary:

      Enclosed is a copy of the Summons and Complaint that we filed earlier today in the Southern District. A copy of the individual practice rules for Judge George B. Daniels and Magistrate Judge Gabriel W. Gorenstein are also enclosed. I understand that you have agreed to accept service of the Complaint on behalf of your client Patriarch Partners LLC. Please confirm the same by returning a copy of the Summons to me, marked with your agreement.

                                              Very truly yours,

                                              Robert D. Kraus

cc:   J. Colodne
       G. Mort, Esq.

*Please find Hillary Richard's signature on the back of the summons.*

*Ildiko Gugan*
*Legal Assistant*

500 Fifth Avenue
Suite 5100
New York, NY 10110-5197

Tel.: (212) 869-4646
Fax: (212) 869-4648
www.kzlaw.net