**FILED ELECTRONICALLY**

Hillary Richard (HR 6941)
Rishi Bhandari (RB 1234)
BRUNE & RICHARD LLP
80 Broad Street, 30th Floor
New York, New York 10004
(212) 668-1900

Attorneys for Defendant Patriarch Partners, LLC

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
JASON P. COLODNE,                                          )
                                                           )   No. 08cv2370 (GBD)
                Plaintiff,                                 )
                                                           )   **RULE 7.1 DISCLOSURE**
        v.                                                 )   **STATEMENT**
                                                           )
PATRIARCH PARTNERS, LLC,                                   )
                                                           )
                Defendants                                 )
-----------------------------------------------------------x

Defendant Patriarch Partners, LLC ("Patriarch"), by and through its undersigned attorneys, hereby certifies that it is 100% owned by LD Investments, LLC. No publicly held company has an ownership interest of 10% or more in Patriarch.

Dated: New York, New York
       March 27, 2008

                                        BRUNE & RICHARD

                                        By:   s/Hillary Richard
                                              Hillary Richard (6941)
                                              Rishi Bhandari (1234)

                                        80 Broad Street
                                        New York, New York 10022
                                        (212) 668-1900

                                        *Attorneys for Defendant Patriarch
                                        Partners, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing RULE 7.1 DISCLOSURE STATEMENT has been served upon the following by U.S. First class mail, postage prepaid, this 27 day of March 2008:

>Robert D. Kraus, Esq.
>Kraus & Zuchlewski, LLP
>500 Fifth Avenue, Suite 5100
>New York, New York 10110
>
>*Attorneys for Plaintiff*

                    BRUNE & RICHARD

                    By:   s/Hillary Richard
                          Hillary Richard (6941)