

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 17 2008

UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JASON P. COLODNE,  )
  )  No. 08cv2370 (GBD)
         Plaintiff,  )
  )  **CIVIL CASE**
     v.  )  **MANAGEMENT PLAN AND**
  )  **SCHEDULING ORDER**
PATRIARCH PARTNERS, LLC,  )
  )
         Defendants  )
------------------------------------------------------------x

After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the Federal Rules of Civil Procedure.

1. No additional parties may be joined after **August 7, 2008**.

2. No amendment to the pleadings will be permitted after **August 7, 2008**.

3. Except for good cause shown, all discovery shall be commenced in time to be completed by **September 26, 2008**. The Court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 day period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances.

4. **Dispositive Motions** are to be served by **December 4, 2008**. Answering papers are to be served within 30 days. Reply papers are to be served within 14 days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. A **final pretrial conference** will be held on **January 8, 2009 at 9:30 a.m.**

6. The **Joint Pretrial Order** shall be filed no later than **December 11, 2008**. The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. All motions and applications shall be governed by the Court's Individual Rules of Practice.

8. The parties shall be ready for trial on 48 hours notice on or after seven (7) days after the pre-trial conference. The estimated trial time is five (5) days and this is a non-jury trial.

9. The Next Case Management Conference will be held on October 2, 2008 at 9:30 a.m.

Dated: June ___, 2008
New York, NY

SO ORDERED: JUN 1 7 2008

By: _____
GEORGE B. DANIELS
United States District Judge

HON. GEORGE B. DANIELS

_____
Robert Kraus
Attorney for Plaintiff
Kraus & Zuchlewski LLP
500 Fifth Avenue
NY NY 10110 (865-4146)

_____
Hillary Richard
Attorney for Defendant

2