UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

JASON COLODNE,

                Plaintiff,

    -against-

PATRIARCH PARTNERS, LLC,

                Defendant.

------------------------------------------------------------x

ORDER
08 Civ. 2370 (GBD)

GEORGE B. DANIELS, District Judge:

The parties' request for a conference regarding discovery is DENIED. Defendant's request for further interrogatories is denied. Plaintiff's request for organizational charts dated January 2003 to the present is GRANTED. Discovery should otherwise proceed consistent with the representations made in defendant's July 11, 2008 letter and plaintiff's July 22, 2008 letter.

Dated: New York, New York
       August 4, 2008

SO ORDERED:

_____
GEORGE B. DANIELS
United States District Judge